|   |   |
|---|---|
| 1 | CROSNER LEGAL, P.C. |
| 2 | Craig W. Straub (SBN 249032) |
|   | craig@crosnerlegal.com |
| 3 | Michael T. Houchin (SBN 305541) |
|   | mhouchin@crosnerlegal.com |
| 4 | Kurt D. Kessler (SBN 327334) |
|   | kurt@crosnerlegal.com |
| 5 | 9440 Santa Monica Blvd. Suite 301 |
|   | Beverly Hills, CA 90210 |
| 6 | Tel: (866) 276-7637 |
|   | Fax: (310) 510-6429 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SHAIANNE STARKS, individually, and on behalf of all others similarly situated, | Case No. 2:24-cv-05543-MRA (Ex) |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) |
| v. |  |
| TRADER JOE'S COMPANY, |  |
| Defendant. |  |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Shaianne Starks ("Plaintiff") hereby dismisses her individual claims without prejudice. The claims of the putative class, if any, are also dismissed without prejudice.

Dated: July 23, 2024

CROSNER LEGAL, P.C.

By:    */s/ Craig W. Straub*
       CRAIG W. STRAUB

Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Kurt D. Kessler (SBN 327334)
kurt@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff*

1

Case No. 2:24-cv-05543-MRA (Ex)
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE